# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.    SA CV10-0437-DOC(RNBx)                          Date    August 10, 2010

Title    FEDERAL DEPOSIT INSURANCE CORPORATION -V- FREESTAND FINANCIAL
         HOLDING CORPORATION, ET AL

Present: The                   DAVID O. CARTER, United States District Judge
Honorable

| Kathy Peterson | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

NONE                                                 NONE

Proceedings:     (In Chambers)     ORDER TO SHOW CAUSE RE DISMISSAL RETURNABLE
                                   SEPTEMBER 3, 2010

The Court on its own motion, hereby ORDERS Plaintiff(s) to show cause in writing no later than September 3, 2010 why this action should not be dismissed for lack of prosecution. Alternatively, it will be a sufficient response to this OSC to file on or before the OSC date in this paragraph one of the following:

•    A proof of service of the summons and complaint on defendants Kevin Khanh Nguyen and John Seeley;
•    Papers seeking entry of default or a default judgment as to defendants Freestand Financial Holding Corporation and Jesse Allen Gee;
•    Answers or other filings by defendants Freestand Financial Holding Corporation and Jesse Allen Gee.

Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 120 days after the filing of the complaint. Fed. R. Civ. P. 4(m). And, if the action has not been diligently prosecuted, the Court may dismiss the action before the expiration of such time.

Plaintiff(s) have the responsibility to respond promptly to orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time. Stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1.

NO oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due.

                                                                    :        0

                                       Initials of Preparer    kp